# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| LARRY WAYNE BRADLEY,<br>Plaintiff, | Case No. 1:15-cv-344 |
| vs. | Dlott, J.<br>Litkovitz, M.J. |
| THURL KEVIN BLUME, et al.,<br>Defendants. | **REPORT AND<br>RECOMMENDATION** |

Plaintiff, an inmate at Ross Correctional Institution in Chillicothe, Ohio, has complied with a Deficiency Order issued June 5, 2015 by filing a motion for leave to proceed *in forma pauperis* and a *pro se* civil complaint. (*See* Docs. 3, 7-8). Plaintiff's financial affidavit reveals that he has sufficient funds to pay the full filing fee of $400.00 ($350 filing fee and $50 administrative fee) in order to institute this action. Although plaintiff's certified prison trust fund account statement reveals that as of June 15, 2015, plaintiff only had $380.02 on account to his credit at RCI, plaintiff has stated in his financial affidavit that he received $25,000 in "[g]ifts or inheritances" in the "past 12 months." (*See* Doc. 7, at PAGEID#: 113-14, 116-14). Because it thus appears that plaintiff has sufficient funds to commence this action, it is **RECOMMENDED** that plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 7) be **DENIED** and that plaintiff be ordered to pay the required filing fee of $400.00 within **thirty (30) days** of the date of filing of any Order adopting this Report and Recommendation.

**IT IS SO RECOMMENDED.**


Date:  7/20/2015          s/Karen L. Litkovitz
                          Karen L. Litkovitz
                          United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LARRY WAYNE BRADLEY,
    Plaintiff,

vs.

THURL KEVIN BLUME, et al.,
    Defendants.

Case No. 1:15-cv-344

Dlott, J.
Litkovitz, M.J.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

cbc