IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Larry Wayne Bradley,

    Plaintiff(s),

vs.

Thurl Kevin Blume, et al.,

    Defendant(s).

Case Number: 1:15cv344

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on July 20, 2015 (Doc. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 6, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 7) is **DENIED.** Plaintiff is ordered to pay the required filing fee of $400.00 within **thirty (30) days** of the date of filing of any Order adopting the Report and Recommendation.

IT IS SO ORDERED.

                                                                Judge Susan J. Dlott
                                                                United States District Court