IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Larry Wayne Bradley, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:15cv344 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Sam F. Bradley, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 9, 2015 a Report and Recommendation (Doc. 28). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 31).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's complaint is DISMISSED with prejudice for failing to comply with the Court's Order to pay the full filing fee, for lack of federal jurisdiction and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

Plaintiff's motion to hold this case in abeyance (Doc. 22) is DENIED.

Plaintiff's pending motions, petitions, and praecipes are DENIED as moot (Docs. 1, 2,

15, 16, 17, 18, 21, 26 and 27).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith and therefore denies plaintiff leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

                                                  s/Susan J. Dlott  
                                                  Judge Susan J. Dlott  
                                                  United States District Court